| | |
|---|---|
| DISTRICT COURT, ADAMS COUNTY, STATE OF COLORADO<br>Court Address:<br>1100 Judicial Center Drive<br>Brighton, CO 80601<br>303-659-1161 | DATE FILED: August 24, 2022 9:29 AM<br>FILING ID: 363E84348011E<br>CASE NUMBER: 2022CV31153 |
| **Plaintiff:**<br><br>**RICK CLYDE MARTINEZ,**<br><br>**v.**<br><br>**Defendant:**<br><br>**POWER HOME REMODELING GROUP, LLC** | ▲COURT USE ONLY▲ |
| *Attorneys for Plaintiff*:<br>Clarence Gamble<br>**RAMOS LAW**<br>10190 Bannock Street, Suite 200<br>Northglenn, CO 80260<br>T: 720.580.8309<br>F: 303.865.5666<br>E: clarence@ramoslaw.com | Case No.:<br><br>Division: |
| **COMPLAINT AND JURY DEMAND** ||

The Plaintiff, RICK CLYDE MARTINEZ, by and through his attorneys, submits the following Complaint and Jury Demand against the Defendant POWER HOME REMODELING GROUP, LLC as follows:

## PARTIES AND JUSRISDICTION

1. At the time of the collision, the Plaintiff resided in Commerce City, CO.

2. Upon information and belief, at all relevant times, Defendant is a foreign limited liability company registered to do, and doing business in, the State of Colorado.

.

4. Jurisdiction is proper as tortious facts giving rise to Plaintiff's cause of action occurred in Adams County, Colorado.

5. Venue is proper pursuant to C.R.C.P. 98(c)(5) because the tort occurred in Adams County,

Colorado.

## GENERAL ALLEGATIONS

6. Plaintiff hereby incorporates all preceding paragraphs as though fully alleged herein.

7. On September 10, 2020, Defendant's agent was performing roofing work at Plaintiff's home located in Commerce City, Colorado.

8. On that date, Defendant's agent, while in the course and scope of his agency, carelessly tossed a bag/roll of ice melt in the air with the intentions on it reaching Plaintiff's roof. Instead, the bag/roll of ice melt did not land on the roof, but traveled to the other side of the home where Plaintiff was walking, striking Plaintiff in the head.

9. As a result of the negligence of Defendant's agent, Plaintiff sustained injuries, damages, losses, and impairment to be further determined at the time of trial.

## FIRST CLAIM FOR RELIEF
*(Negligence)*

10. Plaintiff incorporates all previous allegations as if fully set forth herein.

11. Defendant and its agents owed a duty of care in the performance of their work at Plaintiff's residence.

12. Defendant and its agents breached that duty of care by carelessly throwing a bag/roll of ice melt in the air which landed on Plaintiff's head.

13. As a result of the Defendant and its agents' negligence, Plaintiff suffered injuries and damages, including past and future economic damages, past and future non-economic damages, past and future physical impairments for which he seeks compensation. Plaintiff also seeks pre- and post-judgment interest and costs, and all other recovery allowed by law.

recovery allowed by law.

**WHEREFORE**, Plaintiff requests that Judgment be entered in favor of the Plaintiff and against the Defendant, in an amount sufficient to fairly compensate him for the injuries as set forth above, costs and attorney's fees allowed by law, statutory interest allowed by law, and for such other and further relief as this Court deems just and proper.

**PLAINTIFF DEMANDS A TRIAL BY JURY ON ALL ISSUES**

Respectfully submitted this 24th day of August 2022.

                RAMOS LAW
                *Original signature on file at Ramos Law*

                */s/ Clarence Gamble*
                Clarence Gamble, #54399

Plaintiff's Address:
15352 E. 113th Place
Commerce City, CO 80022