**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:22-CV-02701-RMR-STV

Rick Clyde Martinez;
    Plaintiff.

v.

Power Home Remodeling Group, LLC.
    Defendant.

---

**DEFENDANT POWER HOME REMODELING GROUP, LLC'S <u>UNOPPOSED</u> MOTION TO REMAND MATTER TO STATE COURT**

---

Defendant Power Home Remodeling Group, LLC, by and through its undersigned counsel, Hall & Evans, LLC, hereby submit the following as their <u>Unopposed</u> Motion to Remand Matter To State Court:

**CONFERRAL**

Counsel for Defendant conferred with Counsel for the Plaintiff, regarding the relief requested in this Motion. Counsel for Plaintiff indicated no objection. Therefore, this Motion is <u>unopposed</u>.

1. On October 13, 2022, Defendant Power Home Remodeling Group, LLC ("PHRG") removed this matter from the Adams County Colorado District Court (ECF 1).

2. On October 17, 2022, this Court issued an Order to Show Cause to PHRG, to show cause why this matter should not be remanded back to the State Court. (ECF 8).

3. On November 1, 2022, PHRG responded to the Court's Order to Show Cause (ECF 11).

4. On November 3, 2022, this Court issued an Order indicating PHRG's Response to the Order to Show Cause, was insufficient (ECF 12). This Court allowed PHRG until November 18, 2022 to file a supplement to its initial Response (ECF 12).

5. After further consideration, research, and discussion with Counsel for the Plaintiff, PHRG requests this matter be remanded to the State Court, and that each party be responsible for their own fees and costs.

WHEREFORE, Defendant requests the Court grant its Motion, remand this matter back to the Adams County Colorado District Court, with each party to be responsible for their own fees and costs, and for entry of any other relief deemed just.

Respectfully submitted this 17th day of November 2022.

s/ *Mark S. Ratner*
Mark S. Ratner, Esq.
Hall & Evans, L.L.C.
1001 17th Street, Suite 300, Denver, CO 80202
303-628-3300 /Fax: 303-628-3368
ratnerm@hallevans.com

3

## CERTIFICATE OF SERVICE (CM/ECF)

       I hereby certify that on the 17th day of November 2022, a true and correct copy of the foregoing **DEFENDANT POWER HOME REMODELING GROUP, LLC'S MOTION TO REMAND MATTER TO STATE COURT** was filed with the Court via CM/ECF and served on the below-listed party by email:

Clarence Gamble
clarence@ramoslaw.com

                                                  *s/ Sarah Stefanick*